# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2007

132609

DENISE GEORGE,
    Plaintiff-Appellee,

v

VINCENT GEORGE,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132609
COA: 269313
Oakland CC: 1999-629937-DM

On order of the Court, the application for leave to appeal the October 20, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2007

Clerk

t0328